1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN JOSEPH LIGERI,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>NATALIA PARKER, et al.,<br><br>                    Defendant(s). | CASE NO. C25-0829-KKE<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

Plaintiff requests that the Court reconsider its order granting Defendants' motion to dismiss. Dkt. No. 39. Although Plaintiff disagrees with the Court's conclusions, he has failed to identify a manifest error or new facts or evidence that were not brought to the Court's attention earlier. *See id*.

"A motion for reconsideration should not be used to ask a court to rethink what the court had already thought through—rightly or wrongly." *Nelson v. Thurston County*, No. C18-5184 RBL, 2019 WL 1489134, at *1 (W.D. Wash. Apr. 3, 2019) (citing *Defs. of Wildlife v. Browner*, 909 F. Supp. 1342, 1351 (D. Ariz. 1995)).

Because Plaintiff's motion fails to establish that reconsideration is warranted, the Court DENIES Plaintiff's motion for reconsideration. *See* Local Rules W.D. Wash. LCR 7(h)(1) ("Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the

absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.").

Dated this 2nd day of October, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION - 2