UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN JOSEPH LIGERI,<br><br>Plaintiff(s),<br>v.<br><br>NATALIA PARKER, et al.,<br><br>Defendant(s). | CASE NO. C25-0829-KKE<br><br>ORDER DIRECTING THE FILING OF AN OMNIBUS FEE PETITION |

On July 21, 2026, the Ninth Circuit Court of Appeals issued a formal mandate effectuating its memorandum affirming this Court's order granting Defendants' motion to dismiss. Dkt. Nos. 58, 59. The Ninth Circuit transferred Defendants' request for attorney's fees on appeal to this Court. Dkt. No. 58 at 3.

Defendants previously filed a motion for attorney's fees (Dkt. No. 43), which the Court denied without prejudice to re-filing after resolution of the appeal. Dkt. No. 51. Now that the appeal has been resolved, the Court ORDERS Defendants to re-file their fee petition—updated to include the appellate fee request referenced by the Ninth Circuit—no later than August 31, 2026.

Dated this 31st day of July, 2026.

Kymberly K. Evanson
United States District Judge